Liza M. Walsh
Christine I. Gannon
Jessica K. Formichella
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

Christopher T. Holding *(pro hac vice forthcoming)*
Daryl L. Wiesen *(pro hac vice forthcoming)*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

Brian T. Burgess *(pro hac vice forthcoming)*
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| In re: COPAXONE ANTITRUST LITIGATION | : : : : | **Master Docket No. 2:22-cv-1232 (JXN/JSA)** |
|---|---|---|
| This Document Relates To: | : : | **Oral Argument Requested** |
| Third-Party Payor Class Action | : : : | *Electronically Filed* |

# NOTICE OF DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that on September 6, 2022, or as soon thereafter as counsel may be heard, Defendants Teva Pharmaceuticals Industries Ltd., Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc., and Teva Sales & Marketing, Inc. (collectively, "Defendants") by and through their attorneys, will move before the Honorable Julien Xavier Neals, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order dismissing Third-Party Payor Plaintiffs' Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants will rely upon their Brief in Support of Motion to Dismiss with Appendices annexed thereto, any reply papers, and any oral argument. A proposed Order is included for the Court's consideration.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 7.1(b)(4) and 78.1(b), Defendants respectfully request that the Court hold oral argument on this motion.

Respectfully submitted,

Dated: June 15, 2022

                                                      *s/ Liza M. Walsh*
                                                      Liza M. Walsh
                                                     Christine I. Gannon
                                                     Jessica K. Formichella
                                                     Walsh Pizzi O'Reilly Falanga LLP

Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law
cgannon@walsh.law
jformichella@walsh.law

Christopher T. Holding *(pro hac vice forthcoming)*
Daryl L. Wiesen *(pro hac vice forthcoming)*
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1947
cholding@goodwinlaw.com
dwiesen@goodwinlaw.com

Brian T. Burgess *(pro hac vice forthcoming)*
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
bburgess@goodwinlaw.com

*Attorneys for Defendants*