UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re COPAXONE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>Direct Purchaser Class Action | Civil Action No. 22-1232 (JXN)(JSA)<br><br>**ORDER** |

THIS MATTER, having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Interim Liaison Counsel for Direct Purchaser Class Plaintiffs, and counsel for Defendants consenting hereto, and the Court having read the parties papers and good cause appearing,

IT IS THIS   12th   day of October, 2022,

ORDERED as follows:

1. Rachel A. Downey is hereby admitted *pro hac vice* to appear in this matter on behalf of Direct Purchaser Class Plaintiffs;

2. Rachel A. Downey is required to abide by the rules of this Court and the rules governing the courts of the State of New Jersey including all disciplinary rules;

3. Rachel A. Downey consents to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against the attorney for the attorney's firm that may arise out of the attorney's standing at the bar of any other court;

4. Rachel A. Downey is hereby required to notify the Court of any matter affecting her standing at the bar of any court;

5. Rachel A. Downey shall have all pleading, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in this State, who shall be held responsible for them, and for the conduct of the cause of the attorneys admitted *pro hac vice*;

6.	Counsel shall make a payment of $150.00 each to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3) as amended, within 20 days from the date of entry of this Order; and

7.	Rachel A. Downey shall comply with the obligations of any attorney admitted to practice in this Court and shall make payment to the New Jersey Lawyers' Fund for client protection as provided by New Jersey Court Rule 1:28-2(a).

           *s/ Jessica S. Allen*
           JESSICA S. ALLEN, U.S.M.J.