# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MYLAN PHARMACEUTICALS INC.,**<br><br>**Plaintiff,**<br><br>**TEVA PHARMACEUTICALS INDUSTRIES LTD., et al.,**<br><br>**Defendants.** | **Civil Action No. 2:21-cv-13087-JXN-JSA** |

Plaintiff Counsel

**CATHERINE MAGDY SOLIMAN**
SAIBER LLC
18 COLUMBIA TURNPIKE SUITE 200
FLORHAM PARK, NJ 07932 973-622-3333
Fax: 973-622-3349
Email: csoliman@saiber.com

**JAKOB BENJAMIN HALPERN**
SAIBER LLC
18 COLUMBIA TURNPIKE SUITE 200
FLORHAM PARK, NJ 07932 973-622-3333
Email: jbh@saiber.com

**ARNOLD B. CALMANN**
SAIBER LLC
ONE GATEWAY CENTER, 9TH FLOOR
SUITE 950
NEWARK, NJ 07102
973-622-3333
Email: abc@saiber.com

Defendant Counsel

**LIZA M. WALSH**
WALSH PIZZI O'REILLY FALANGA LLP
THREE GATEWAY CENTER 100
MULBERRY STREET 15TH FLOOR
NEWARK, NJ 07102 973.757.1100
Email: lwalsh@walsh.law

**CHRISTINE INTROMASSO GANNON**
WALSH PIZZI O'REILLY FALANGA LLP
THREE GATEWAY CENTER
100 MULBERRY STREET
15TH FLOOR
NEWARK, NJ 07102
(973) 757-1100
Email: cgannon@walsh.law

**JESSICA K. FORMICHELLA**
WALSH PIZZI O'REILLY FALANGA LLP
NJ
3 GATEWAY CENTER, 100 MULBERRY
ST., 15TH FLOOR NEWARK, NJ 07102
973-757-1100
Email: jformichella@walsh.law

| | |
|---|---|
| **In re: COPAXONE ANTITRUST LITIGATION** | **Civil Action No. 2:22-cv-1232-JXN-JSA** |

Plaintiff Counsel

**JOSEPH H. MELTZER**
KESSLER TOPAZ MELTZER & CHECK, LLP
280 KING OF PRUSSIA ROAD RADNOR, PA 19087 (610) 667-7706
Email: jmeltzer@ktmc.com

**KEVIN G. COOPER**
CARELLA BYRNE CECCHI BRODY & AGNELLO 5 BECKER FARM ROAD ROSELAND, NJ 07068 973-994-1700
Email: kcooper@carellabyrne.com

**JAMES E. CECCHI**
CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C. 5 BECKER FARM ROAD ROSELAND, NJ 07068 (973) 994-1700
Email: jcecchi@carellabyrne.com

**CHRISTOPHER A. SEEGER**
SEEGER WEISS LLP
55 CHALLENGER ROAD 6TH FLOOR RIDGEFIELD PARK, NJ 07660 973-639-9100
Email: cseeger@seegerweiss.com

**SHARON K. ROBERTSON**
COHEN MILSTEIN SELLERS & TOLL PLLC 88 PINE STREET
14TH FLOOR
NEW YORK, NY 10005
212-838-7797
Email: srobertson@cohenmilstein.com

**JENNIFER R. SCULLION**
SEEGER WEISS LLP
55 CHALLENGER RD
6TH FLOOR
RIDGEFIELD PARK, NJ 07660 212-584-0780
Email: jscullion@seegerweiss.com

Defendant Counsel

**LIZA M. WALSH**
WALSH PIZZI O'REILLY FALANGA LLP THREE GATEWAY CENTER 100 MULBERRY STREET 15TH FLOOR NEWARK, NJ 07102 973.757.1100
Email: lwalsh@walsh.law

**CHRISTINE INTROMASSO GANNON**
WALSH PIZZI O'REILLY FALANGA LLP
THREE GATEWAY CENTER
100 MULBERRY STREET
15TH FLOOR
NEWARK, NJ 07102
(973) 757-1100
Email: cgannon@walsh.law

**JESSICA K. FORMICHELLA**
WALSH PIZZI O'REILLY FALANGA LLP NJ
3 GATEWAY CENTER, 100 MULBERRY ST., 15TH FLOOR NEWARK, NJ 07102
973-757-1100
Email: jformichella@walsh.law

## **STATEMENT CONFIRMING ABILITY TO SERVE AS SPECIAL MASTER**

Pursuant to the Orders of the Court in the above-captioned cases, the Special Master's case administrator has run all law firm and counsel names through the HochbergADR conflicts check database, and hereby confirms to the Court her ability to serve.

The Special Master has served as a neutral mediator in unrelated cases which counsel from the following law firms have represented parties: Carella Byrne; Seeger Weiss; Cohen Milstein; Walsh Pizzi; Saiber. In several of the mediations, the Special Master was court-appointed to serve in that role.

The Special Master has served as a court-appointed Special Master in three unrelated cases in which counsel from the following law firms have represented parties: Kessler Topaz; Carella Byrne; Seeger Weiss; Cohen Milstein; Fine Kaplan; Saiber; Walsh Pizzi. All of those cases have been closed for several years.

The Special Master conducted a one-day mock court exercise in an unrelated case at the offices of lead counsel in San Francisco. Neither that counsel, nor anyone from that law firm represented a party. The firm of Walsh Pizzi served as local counsel in that matter, which has been closed for approximately five years.

None of these prior matters presents any conflict of interest, and the Special Master has full confidence in her ability to serve as a Special Master in this matter with full and complete impartiality.

Respectfully submitted on this 25th day of August, 2023.

S/ Hon. Faith S. Hochberg
U.S.D.J.(ret.)