# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J.  07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR |

RAYMOND J. LILLIE
GREGORY G. MAROTTA
KEVIN G. COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**
BRIAN F. O'TOOLE
SEAN M. KILEY
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO

December 4, 2023

**BY ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *In re Copaxone Antitrust Litig.*,
               Civil Action No. 2:22-1232 (JXN-JSA)

Dear Judge Allen:

     We, along with our co-counsel, represent Direct Purchasers in the above-captioned action. The parties in this action and the related, *Mylan Pharms. Inc., v. Teva Pharms. Indus. Ltd., et al.*, C.A. No. 2:21-13087, have met and conferred and agreed to a procedure by which to raise discovery issues with the court-appointed Special Master, the Hon. Faith S. Hochberg (ret.).

     We have enclosed the stipulation signed by the parties and proposed form of Order for the Court's convenience. If the enclosed is acceptable to the Court, kindly sign the Order and have a "filed" copy returned to us via the Court's ECF system.

                               Respectfully submitted,

                               CARELLA BYRNE CECCHI
                               BRODY & AGNELLO, P.C.

                               */s/James E. Cecchi*
                               James E. Cecchi

cc:      Counsel of Record (by ECF)