UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC., <br><br> Plaintiff, v. <br><br> TEVA PHARMACEUTICALS INDUSTRIES LTD, TEVA PHARMACEUTICALS USA, INC., TEVA NEUROSCIENCE, INC., AND TEVA SALES & MARKETING, INC., <br><br> Defendants. | Civil Action No. 21-13087 (JXN) (JSA) |
| In re: COPAXONE ANTITRUST LITIGATION <br><br> This documents relates to: All Actions | Master Docket No. 22-1232 (JXN) (JSA) <br><br> **(Coordinated for Discovery Purposes Only)** <br><br> ORDER |

**THIS MATTER** having come before the Court by way of the parties' joint status letter filed on November 18, 2024, wherein the parties set forth their scheduling disputes in *Mylan Pharms. Inc. v. Teva Pharms. Indus. Ltd.*, Civ. No. 21-13087 (JXN) (JSA) ("*Mylan* Action"), (ECF No. 154), and in *In re: Copaxone Antitrust Lit.*, Civ. No. 22-1232 (JXN) (JSA) ("*In re Copaxone* Matter"), (ECF No. 122);

and it appearing that the court-appointed Special Master, the Honorable Faith S. Hochberg U.S.D.J. (Ret.), issued a Report and Recommendation dated November 25, 2024, in which Judge Hochberg recommended a specific case schedule, (*see* Report and Recommendation, at 5–6);

and it appearing that neither Defendants nor Plaintiffs have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hochberg's Report and Recommendation;

**IT IS on this 19th day of December, 2024,**

**ORDERED** that Judge Hochberg's Report and Recommendation dated November 25, 2024, is **ADOPTED**.

/s/ Jessica S. Allen
**HON. JESSICA S. ALLEN**
**United States Magistrate Judge**

cc:   Hon. Julien Xavier Neals, U.S.D.J.