**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: COPAXONE ANTITRUST LITIGATION | Master Docket No. 22-1232 (JXN)(JSA) |
|  | **ORDER** |

**NEALS**, District Judge

Before the Court is Special Master Faith S. Hochberg's ("Special Master") Report and Recommendation ("R&R") recommending the Court grant Defendant Teva's[1] motion to dismiss in part the Complaint. (ECF No. 128.) Plaintiffs Walgreen Co., the Kroger Co., Albertsons Companies, Inc., and H-E-B, L.P. ("Retailers") objected to the R&R (ECF No. 242), and Teva replied (ECF No. 252). The Court has carefully considered the parties' submissions and decides this matter without oral argument pursuant to Federal Rule of Civil Procedure[2] 78 and Local Civil Rule 78.1For the reasons stated in the accompanying Opinion,

   **IT IS** on this **13th** day of April 2026

   **ORDERED** that the R&R (ECF No. 128) is **ADOPTED**.

JULIEN XAVIER NEALS
United States District Judge

---

[1] "Teva" collectively refers to Defendants Teva Pharmaceuticals, Ltd., Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc., and Teva Sales & Marketing, Inc.

[2] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.